# LABOR AGREEMENT

between

## INTERNATIONAL PAPER COMPANY

## ELK GROVE, CA

and

## DISTRICT COUNCIL No. 2

## LOCAL 388M

Affiliated  with

International Brotherhood of Teamsters

June 16, 2015 - June 15, 2019

1

## TABLE OF CONTENTS

AGREEMENT ..............................................................................................................................v

SECTION 1 .................................................................................................................................1

GENERAL PURPOSE OF AGREEMENT ................................................................................1

SECTION 2 .................................................................................................................................1

RECOGNITION ..........................................................................................................................1

SECTION 3 .................................................................................................................................1

UNION SECURITY ....................................................................................................................1

SECTION 4 .................................................................................................................................1

PAYROLL DEDUCTION OF DUES .........................................................................................1

AND INITIATION FEES ............................................................................................................1

SECTION 5 .................................................................................................................................2

INTERRUPTION OF WORK......................................................................................................2

SECTION 6 .................................................................................................................................2

WAGES .......................................................................................................................................2

SECTION 7 .................................................................................................................................2

WAGE SCALE - NEW OCCUPATIONS ..................................................................................2

SECTION 8 .................................................................................................................................3

CHANGE OF SHIFTS ................................................................................................................3

SECTION 9 .................................................................................................................................3

STARTING AND STOPPING WORK ........................................................................................3

SECTION 10 ...............................................................................................................................4

SUNDAYS ..................................................................................................................................4

SECTION 11 ...............................................................................................................................4

HOLIDAYS .................................................................................................................................4

SECTION 12 ...............................................................................................................................4

**ALLOWANCE FOR FAILURE TO PROVIDE** ....................................................................4

**WORK** ....................................................................................................................................4

**SECTION 13** ..........................................................................................................................4

**PREFERENCE FOR OVERTIME WORK**..............................................................................4

**SECTION 14** ..........................................................................................................................4

**JOB TRANSFERS**..................................................................................................................4

**SECTION 15** ..........................................................................................................................5

**PRODUCTION WORK BY SUPERVISORS**..........................................................................5

**SECTION 16** ..........................................................................................................................5

**SENIORITY** ...........................................................................................................................5

**SECTION 17** ..........................................................................................................................7

**LAYOFF, TERMINATION AND**..............................................................................................7

**QUIT NOTIFICATION** ...........................................................................................................7

**SECTION 18** ..........................................................................................................................7

**JURY DUTY** ...........................................................................................................................7

**SECTION 19** ..........................................................................................................................7

**FUNERAL LEAVE** .................................................................................................................7

**SECTION 20** ..........................................................................................................................8

**INDUSTRIAL INJURY** ..........................................................................................................8

**SECTION 21** ..........................................................................................................................8

**LEAVES OF ABSENCE** .........................................................................................................8

**SECTION 22** ..........................................................................................................................9

**CAUSES FOR IMMEDIATE DISCHARGE**...........................................................................9

**SECTION 23** ....................................................................................................................**9**

**BULLETIN BOARDS** ........................................................................................................**9**

**SECTION 24** ....................................................................................................................**9**

**UNION REPRESENTATIVE** ...........................................................................................**9**

**SECTION 25** ....................................................................................................................**9**

**SHOP COMMITTEE** .......................................................................................................**9**

**SECTION 26** ..................................................................................................................**10**

**GRIEVANCE PROCEDURE** .........................................................................................**10**

**SECTION 27** ..................................................................................................................**10**

**ARBITRATION** ..............................................................................................................**10**

**SECTION 28** ..................................................................................................................**11**

**HEALTH AND WELFARE** ............................................................................................**11**

**SECTION 29** ..................................................................................................................**13**

**NON-DISCRIMINATION** ..............................................................................................**13**

**SECTION 30** ..................................................................................................................**13**

**SICK LEAVE ALLOWANCE/** .......................................................................................**13**

**SICKNESS AND ACCIDENT DISABILITY PLAN** .....................................................**13**

**SECTION 31** ..................................................................................................................**14**

**MILITARY SUMMER CAMP** .......................................................................................**14**

**SECTION 32** ..................................................................................................................**14**

**BINDING AGREEMENT** ...............................................................................................**14**

**SECTION 33** ..................................................................................................................**14**

**SEVERANCE PAY** .........................................................................................................**14**

iii

**SECTION 34** .................................................................................................................14

**PLANT FACILITIES**......................................................................................................14

**SECTION 35** .................................................................................................................14

**PENSIONS** ...................................................................................................................14

**SECTION 36** .................................................................................................................15

**401 (k) TAX DEFERRED SAVINGS PLAN** .....................................................................15

**SECTION 37** .................................................................................................................15

**WORKING FOREMEN** ..................................................................................................15

**SECTION 38** .................................................................................................................15

**SAVINGS CLAUSE** ........................................................................................................15

**SECTION 39** .................................................................................................................15

**DURATION OF AGREEMENT** .......................................................................................15

**EXHIBIT A** ..................................................................................................................17

**PART 1** ........................................................................................................................17

**GENERAL PROVISIONS**...............................................................................................17

**PART 2** ........................................................................................................................17

**OVERTIME** ..................................................................................................................17

**PART 3** ........................................................................................................................17

**PAY FOR HOLIDAYS** ...................................................................................................17

**PART 4** ........................................................................................................................18

**NIGHT SHIFT DIFFERENTIAL**....................................................................................18

**PART 5** ........................................................................................................................19

**VACATIONS** .................................................................................................................19

4

**PART 6** ......................................................................................................................................**222**

**WAGE RATES** .............................................................................................................................**222**

**ADVANCEMENT FOR EMPLOYEES UNDER PROVISION TRAINING** .......................................**23**

**MAINTENANCE**............................................................................................................................**23**

**LETTER OF UNDERSTANDING** ...................................................................................................**245**

**Re: General Labor** ........................................................................................................................**24**

**MEMORANDUM OF AGREEMENT** .............................................................................................**25**

# AGREEMENT

This Agreement is made this 16th day of June, 2015 by and between International Paper Company, Elk Grove Corrugated Plant, party of the first part, hereinafter referred to as the Company, and District Council No. 2, Local No. 388M, affiliated with the International Brotherhood of Teamsters, hereinafter referred to as the Union, party of the second part.

Witnesseth: That said parties do mutually agree that the stipulations set forth shall be in effect for the time hereinafter specified.

## SECTION 1
## GENERAL PURPOSE OF AGREEMENT

01.01:   The general purpose of the Agreement is in the mutual interest of the Company and the Employees to provide for the operation of the plant hereinabove mentioned under methods which will further to the fullest extent possible the safety of the Employees, economy of operation, quality and quantity of output, cleanliness of plant and protection of property. It is recognized by this Agreement to be the duty of the Company, Union, and Employees to cooperate fully, individually and collectively, for the advancement of said conditions.

## SECTION 2
## RECOGNITION

02.01:   The Company recognizes the Union as the sole collective bargaining agent for Employees of the Elk Grove Corrugated Plant, who are listed by occupation under Exhibit A of this Agreement.

## SECTION 3
## UNION SECURITY

03.01:   All Employees shall maintain membership in the Union as a condition of employment on or after the thirtieth (30th) day of the following: (a) the beginning of employment; (b) the effective date of this agreement; or, (c) the date of execution of this agreement, whichever occurs later.

## SECTION 4
## PAYROLL DEDUCTION OF DUES
## AND INITIATION FEES

04.01:   The Company agrees to deduct the regular monthly Union Dues from the earnings of each Employee from whom a written authorization is received by the Company, on a payroll period basis. Such authorization shall be irrevocable for the period of one (1) year from the date of delivery thereof to the Company or until the termination of the Collective Bargaining Agreement between the Company and the Union as in force at the time of delivery of the authorization, whichever occurs sooner, and such authorization shall be automatically renewed and shall be irrevocable for successive periods of one (1) year each or for the period of each successive applicable Collective Bargaining Agreement between the Company and the Union, whichever is shorter, unless written notice (in timely compliance with the revocation provision shown on the signed authorization) is given by the Employee to the Company and the Union prior to the

expiration of each period of one (1) year or of each applicable Collective Bargaining Agreement between the Company and the Union whichever occurs sooner.

<u>4.02:</u>   The Company also agrees to deduct the regular initiation fees for new Employees from whom a written authorization has been received.

<u>4.03:</u>   The Union accepts full responsibility for the authenticity of each and every authorization submitted to the Company and shall indemnify and same the Company harmless from any claims, suits, judgments, attachments, in accordance with any such authorizations.

 The Union agrees to refund promptly to the Company any such dues or fees found to have been erroneously or improperly deducted.

<u>4.04:</u>   Each January, April, July, and October, the Company shall provide the Union with a complete current list of all Employees covered by the terms of this Agreement. Such list shall include the following current information for each Employee:

 Name
 Social Security Number
 Date of Hire
 Straight time hourly wage rate
 Hourly premiums regularly paid, if any

**SECTION 5**
**INTERRUPTION OF WORK**

<u>05.01</u>:   It is agreed that there shall be no strike, walk-out, slow-down, picketing or other interruption of work during the period of this agreement by the Union or any Employee. It being further agreed that any Employee participating in such violation shall be subject to immediate discharge or other disciplinary action at the sole discretion of the Company.

 It is agreed there shall be no lockouts by the Company during the period of the Agreement.

**SECTION 6**
**WAGES**

<u>06.01</u>:   Wage rates and overtime rates shall be paid in accordance with the attached Exhibit  "A".

**SECTION 7**
**WAGE SCALE – NEW OCCUPATIONS**

<u>07.01</u>:   If the Company creates a new occupation of the general nature of those covered by Exhibit "A" of this Agreement the Company shall set a scale of wages for such new occupation and such wage scale shall be consistent with classifications listed in Exhibit "A", and shall become

2

effective as of the date of the operation or machine starts in actual operation. Qualified Employees already engaged will be given preference in filling such new occupations.

07.02:  When major changes are made in the plant which create new jobs or substantially change the duties of existing jobs, Management will carefully evaluate the situation and discuss with the Union the proposed rate or new rates, without delay. If after discussion, mutually satisfactory rates cannot be agreed upon, Management will, within thirty (30) days thereafter set rates, but such rates may be subject to further negotiations at the next general wage conference and any changes agreed to at that time shall be retroactive to the date of the job change which occasioned the wage adjustment.  The matter of wages shall not be the subject of arbitration.

## SECTION 8
## CHANGE OF SHIFTS

08.01:  It is agreed that the time for the start of the Employee's shift may be changed at any time by the management upon notification to the Employee before the end of his last preceding regular shift, provided that, unless waived in special instances by the Shop committee, there shall be a rest period of not less than twelve (12) hours between the end of one shift and the beginning of the next shift, otherwise the overtime rate shall be paid for all hours worked on the first day of that Employee's changed shift.

08.02:  If a shift worker does not report for his regular shift, his mate shall notify the foreman. He shall then remain at his post until a substitute is secured, and if necessary, he shall work an extra shift at the overtime rate. Should an employee work a total of 16 consecutive hours, the employee will be allowed a rest period of up to twelve (12) hours before they would be required to return to their regular shift.  Such employees may return earlier if they so choose.

08.03:  When an Employee is required to work eleven (11) consecutive hours (exclusive of regular meal periods), a meal shall be provided by and at the expense of the Company. An additional meal shall be provided by and at the expense of the Company at  the end of each four (4) consecutive hours worked thereafter. The Company may satisfy this obligation by the payment of $7.50 for each meal qualified for.

08.04:  Employees on shift work may be rotated so that no Employee is required to work more than two (2) consecutive weeks on one (1) shift. Where Employees do not rotate, the Company will insofar as operating requirements permit, allow Employees to choose their shifts on the principle of seniority.

## SECTION 9
## STARTING AND STOPPING WORK

09.01:  Workers shall be at their respective posts ready to begin work at the time their pay starts and shall not quit work in advance of the time their pay stops. For example, if an Employee's pay time is from 8 a.m. to 12 noon and from 1 p.m. to 5 p.m., he shall be at his post ready to work at 8 a.m. and 1 p.m. and shall not quit work until 12 noon and 5 p.m. If an

Employee is unable to report for work at his scheduled time he will so notify the foreman on the preceding day if possible. In case of emergency, the Employee shall make every effort to notify the foreman before his shift is scheduled to start.

## SECTION 10
## SUNDAYS

<u>10.01</u>:  Sunday shall commence with the beginning of the first (1st) shift after 12:01a.m. Sunday and continue for twenty-four (24) hours thereafter. Payment for work done on Sunday shall be in accordance with the provisions of Exhibit "A".

## SECTION 11
## HOLIDAYS

<u>11.01</u>:    The Fourth of July, Labor Day, December 24th, Christmas Day, New Years Eve, New Years Day, President's Day, Memorial Day, Thanksgiving Day, the day after Thanksgiving, one (1) Personal Floating Holiday, and two (2) Floating Holidays shall be holidays. A holiday shall commence with the beginning of the first (1st) shift after 12:01 a.m. of the holiday itself or the legal day of observance and continue for twenty-four (24) hours thereafter. Payment for work done on holidays shall be in accordance with the provisions of Exhibit A".

## SECTION 12
## ALLOWANCE FOR FAILURE TO PROVIDE
## WORK

<u>12.01</u>:  In case any Employee reports for work, having been ordered to report for such work and no work is provided, he shall nevertheless receive two (2) hours pay. In the event a probationary Employee is put to work he shall be furnished work for at least four (4) hours. In the event a regular Employee is put to work he shall be furnished work for his scheduled hours, as provided in Paragraph 16.04. This section shall not apply in case of emergency such as fire, earthquake, flood, lack of power or other conditions of a similar nature beyond the control of the Company.

## SECTION 13
## PREFERENCE FOR OVERTIME WORK

<u>13.01</u>:  The Company agrees that preference on overtime work will be given to the Employees regularly working on the machine or operation involved when these Employees are available, provided, however, that such Employees shall be notified before the end of the shift preceding the overtime to be worked.

<u>13.02</u>:  Weekend overtime must be posted by 7:00 a.m. on Thursday.

## SECTION 14
## JOB TRANSFERS

<u>14.01</u>:  **Temporary Transfers** – If an Employee is temporarily transferred to a higher rated job

4

for one (1) hour or more, the higher rate shall apply from the time of transfer. There shall be no change in rates if the transfer is for less than one (1) hour.

14.02:  An Employee's job rate of pay shall not be reduced if temporarily transferred to a lower rated job for the Company's convenience.

14.03:  If temporarily transferred to a lower rated job for the Employee's convenience or to make work, the lower rate will become effective at the time of the transfer.

### SECTION 15
### PRODUCTION WORK BY SUPERVISORS

15.01:  No Executive, Superintendent or Supervisor shall be allowed to perform any manual labor on any machine or operation except in an emergency or for training purposes.

### SECTION 16
### SENIORITY

16.01:  Employees with no seniority rights shall be considered probationary; after sixty  (60) days of actual work as scheduled with the Company, an Employee shall become a regular Employee and his or her seniority shall be as of the last date of hiring. During probationary period, any probationary Employee may be discharged for any reason which in the opinion of the Company is just and sufficient.

16.02:  Plant seniority for the purposes of this Section shall equal the Employee's total length of service in the plant since his last date of employment.

16.03:  Operation or center seniority for the purpose of this Section shall be the Employee's total length of service in any operation or center since his last date of employment. Seniority acquired in one operation or center shall not be lost by transfer to another.

16.04:  When slackness of work occurs, the Company will consult with the local Shop Committee and the officers of the Local to determine whether or not part of the work force should be laid off or the scheduled hours per day or days per week reduced to share available work.

In the event of layoffs:

1.  Probationary Employees shall be laid off first.

2.  If further layoffs are necessary they shall be made, whenever practical, on the basis of plant seniority after the necessary demotions have been made on an operation or center seniority basis.

16.05:  In rehiring Employees laid off because of a reduction of force, re-employment shall be

5

offered, whenever and wherever practical, on the basis of operation or center, and plant seniority.

16.06:  Seniority shall be lost for the following reasons:

1.  If the Employee voluntarily leaves the employ of the Company.

2.  If the Employee is discharged and the discharge is not reversed through the grievance procedure.

3.  If an Employee has been laid off fails to return to work within five (5) days after having been notified by registered letter mailed to his last known address.  (A copy of this notice shall be sent to the Union.)

4.  After an Employee has been laid off for six (6) months because of lack of work, he shall be dropped from the seniority list unless he notifies the Company before the end of such six (6) month period and monthly thereafter of his intention to report for work when requested. In no event shall the provisions of this paragraph extend beyond a period of eighteen (18) months from the date of layoff for Employees with at least five (5) years service or beyond twelve (12) months from the date of layoff for Employees with less than five (5) years service. Any Employee so laid off shall be notified in writing of the requirements of this paragraph. (A copy of this notice shall be sent to the Union.)

16.07:  Regular Employees will retain and accumulate seniority for a period  of twelve  (12) months:

1.  If absent from work on account of illness; provided, however, that during such period the Employee upon request furnishes the Company with sufficient proof of his illness.

2.  If they are elected or appointed to fill a full-time Union job which requires their complete absence from work.

3.  If they are promoted to a supervisory or clerical job within the Company provided they take out a withdrawal cards from the Union.

16.08:  **Promotions – Vacancies** – The Company shall have the right to fill vacancies with qualified personnel. Except as provided in Paragraph 16.9 below, in the case of promotions from within the plant, the principle of operation or center seniority shall prevail, other necessary qualifications being relatively equal.

16.09:  **Job Posting – Promotions** – Permanent vacancies in entry jobs of lines of progression and jobs not in lines of progression which management has reasonably designated for bid, will be posted within such plant according to locally established procedures. Such permanent vacancies will be filled by the bidder who has the greatest plant seniority, other necessary qualifications being relatively equal.

16.10:  Nothing in this Section 16 will preclude plant management and appropriate Union representatives from establishing seniority procedures which are necessary to comply with applicable State and Federal law. Further, nothing in this Section 16 will preclude local agreement on expanded use of the principle of plant seniority.

**SECTION 17
LAYOFF, TERMINATION AND
QUIT NOTIFICATION**

17.01:  **LAYOFF NOTICE** – When layoffs which involve demotions are definitely scheduled to exceed a period of one (1) day, the Company shall notify the Employee before the end of the shift. Such notification shall specify the definite period of the layoff, or that the period of the layoff is indefinite.

17.02:  **QUIT NOTICE** – Any Employee covered by this Agreement who has been on the payroll one (1) year or longer, and who desires to quit work with a Company, shall give five (5) working days prior notice to his Company and shall continue working in accordance with the factory schedule during said notice period. Any Employee who resigns his position without giving at least one (1) week's prior notice shall forfeit one (1) week's vacation rights as provided in Exhibit "A", Part P05.13 of this Agreement.

17.03:  **TERMINATION NOTICE** – If the Company desires to terminate the employment of an Employee, other than in accordance with Section 22 of this Agreement, who has been on the payroll one (1) year or longer, he shall give such Employee a similar five (5) day prior notice and shall either permit such Employee to work in accordance with the factory schedule during said notice period or pay such Employee for five (5) days (not in excess of forty (40) hours) at the Employee's straight time hourly rate.

**SECTION 18
JURY DUTY**

18.01:  Regular Employees who lose hours of work because of service on a jury shall, upon presentation of a statement signed by an officer of the court involved signifying time he so served on the jury, be reimbursed at his current hourly base rate, including the appropriate shift differential, for the hours lost from work by so serving, less the amount of jury pay received. For the purposes of this clause time spent in court in response to a summons for jury duty shall be considered as service on a jury.

**SECTION 19**
**FUNERAL LEAVE**

<u>19.01:</u>  Should a death occur in the immediate family, upon request a regular Employee who attends a funeral shall be granted a leave of absence of three (3) consecutive days consisting of the day of the funeral and either the two (2) days preceding, the day preceding and the day

following, or the two days following the day of the funeral.

19.02:  Days off and weekends shall count as consecutive days and be paid for as scheduled days.

19.03:  The Employee shall be compensated for the scheduled days he would have worked within the applicable period had such death not occurred at eight (8) times his regular straight time hourly rate.

19.04:  A memorial service may be substituted for the funeral service.

19.05:  Immediate family, for the purposes of this Section, shall be defined as the Employee's spouse or domestic partner, mother, father, grandmother, grandfather, brothers, sisters, sons, daughters, grandchildren, step-children, mother-in-law and father-in-law. A step-parent may be substituted for a natural parent.

19.06:  Hours of work lost as defined above will be counted for the purpose of computing vacation pay.

19.07:  When an Employee observes Funeral Leave during their Vacation, the vacation will be extended for the number of days of Funeral Leave that the Employee would otherwise have qualified for had the Employee not been on vacation; or at the option of the Employee, the Employee will be paid additionally for said days in lieu of extending the vacation.

## SECTION 20
## INDUSTRIAL INJURY

20.01:  When an Employee sustains an industrial injury and the attending physician recommends that he not complete his scheduled hours during which the injury occurred, he will be compensated for the difference between the hours actually worked less than eight (8), and eight (8) hours, at the straight time hourly rate.

20.02:  Any Employee who has been injured and needs immediate medical attention will be assisted by the Company in obtaining such attention.

20.03:  If the Employee who has sustained an industrial injury is required to visit a doctor and cannot be scheduled at a time outside his normal shift hours on any day following the day of injury, he will be compensated for the time between the time he leaves the plant and the time his shift ends, whichever occurs first. Such compensation shall be computed by multiplying the time elapsed by his straight time hourly rate.

## SECTION 21
## LEAVES OF ABSENCE

21.01:  Upon approval of the Company, any regular Employee may be granted a leave of

absence for a bona fide reason. All requests for a leave of absence shall be submitted in writing to the Company within a reasonable period of time in advance of the date on which such leave shall begin. Such leave of absence shall be without pay, and seniority shall not accumulate during a period of absence for personal reasons which exceeds sixty (60) days.

## SECTION 22
## CAUSES FOR IMMEDIATE DISCHARGE

22.01:  Any Employee shall be subject to immediate discharge for violation of Company's Safety Rules or of Company's House Rules, provided that such rules shall be conspicuously posted. If any House Rule is alleged by the Union Shop Committee to be contrary to the intent of this Agreement, objection to such rule may be subjected to procedure in this Agreement providing for adjustment of complaints.

## SECTION 23
## BULLETIN BOARDS

23.01:   The Company shall supply an official Bulletin Board for the use of the Union in posting official signed Union Bulletins.

## SECTION  24
## UNION REPRESENTATIVE

24.01:   The Business Agent or other duly authorized representative of the Union shall  be permitted to visit the plant during operating hours for the purposes consistent with this Agreement, provided that he first notifies the Management before entering the plant.

## SECTION 25
## SHOP COMMITTEE

25.01:   The Union agrees to elect from the Employees in the Company's plant a shop committee of not less than three (3) and not more than five (5) which shall represent the Employees for the specific purposes stated in this Agreement. Discontinuance of employment in said plant shall automatically terminate membership on said committee.

## SECTION 26
## SCHEDULING ERRORS

26.01:   When employees have been denied work due  to  scheduling  errors  (including doubling, holdover and call-ins), they will be made whole by providing them with the opportunity to work a comparable number of hours. Penalty payments will not be permitted in settlement of grievances. However, employees will be paid rather than providing an opportunity of make-up work when errors are called to management's attention prior to the scheduled work being performed and management fails to correct the error.

11

## SECTION 27
## GRIEVANCE PROCEDURE

27.01:   Should grievances arise between the Company and the Union or Employees as to the interpretation, application or compliance with the terms of this Agreement, there shall be no suspension or interruption of work on account of such grievance, and a diligent effort shall be made to settle the grievance as soon as possible after it has been presented to the Management. Any Employee having a grievance shall submit same as promptly as possible, but no grievance shall be valid if not presented within fifteen (15) days from the time the cause for complaint arose.

27.02:   When grievances arise, the steps below shall be followed each to be exhausted before resorting to the next:

Step 1. Between the Immediate Supervisor, aggrieved employee and his Steward. If a satisfactory settlement is not reached within ten (10) days, the grievance will be submitted to Step 2.

Step 2. Between the Plant Manager and the Grievance Committee, and/or business representative, at which time the grievance shall have been reduced to writing upon a proper grievance blank and signed by the aggrieved in triplicate. If a satisfactory settlement is not reached, to be timely, the grievance must be submitted to Step 3 within ten (10) days of the Step 2 answer.

Step 3. Between the General Manager and/or other members of top management  and the union officers.

27.03:   If the parties or their representatives are unable to adjust the grievance, it may be referred to arbitration in accordance with Section 27, providing written notification of the intent to arbitrate is received within twenty (20) days of the third step answer.

## SECTION 28
## ARBITRATION

28.01:   Unresolved grievances submitted in accordance with Section 26 may be submitted to   the American Arbitration Association under its rules then in effect, or submitted to the Federal Mediation and Conciliation Service (FMCS) for a list of arbitrators. If the parties cannot agree on one name from the panel, then either party can request a second (2nd) list or shall select the arbitrator by alternatively striking one (1) name from the list until only one (1) remains who shall  become the arbitrator.

28.02:   The award or decision of the Arbitrator shall be binding on both parties of this Agreement. The function of the Arbitrator shall be of a judicial rather than legislative nature and his decision shall be within the scope and terms of this Agreement. He shall not add to, ignore or modify any of the terms of the provisions of this Agreement and he shall not include issues in his decision that are not directly involved in the case submitted to him. The Arbitrator shall not deprive the Company or the Union of any rights expressly or impliedly reserved herein.

## LUMP SUM PAYMENTS

The following one-time lump sum payments will be made to Active Employees at Elk Grove as of July 2, 2014.  Employees hired or rehired after July 2, 2014 are not eligible for these lump sum payments.  These lump sum payments are taxable income and are not eligible for Savings Plan contributions per plan provisions.

| Payment Date | One-time Lump Sum Payment |
| --- | --- |
| First Pay Period Following July 1, 2015 | $1,200 |
| First Pay Period Following July 1, 2016 | $1,350 |
| First Pay Period Following July 1, 2017 | $1,950 |

"Active Employee" includes individuals on Company paid vacation and holidays, FMLA (paid or unpaid), Company paid disability leave and/or Company approved leave.  Employees on an approved leave will receive applicable payments as soon as administratively practical following their return to work.

## SECTION 29
## HEALTH AND WELFARE

29.01 Health and Welfare Trust Agreement:  During the term of the Agreement, International Paper Company and the International Brotherhood of Teamsters District Council 2 agree to continue participating in the Printing Specialties and Paper Products Joint Employer and Union Health and Welfare Fund as outlined in the IP / IBT-DC2 Master Agreement Memorandum dated June 16, 2014 – June 15, 2018.   The Company and the Union subscribe to and agree to be bound by the provisions of the Trust Agreement creating the Printing Specialties and Paper Products Joint Employer and Union Health and Welfare Fund, as revised 9/1/85, and all lawful amendments or revisions thereafter adopted.  Any information, such as SPDs and other materials regarding Fund benefits, can be obtained by contacting your union representative or the Fund's Administrator directly.

The Company and Employees will make the following contributions toward the Total Fund Contribution Rate.

| Effective Date | Monthly Company Contribution | Monthly Employee Contribution |
| --- | --- | --- |
| September 1, 2014 | $1,311.26 | $83.70 |
| July 1, 2015 | $1,339.07 | $132.44 |
| July 1, 2016 | $1,364.07 | $186.01 |
| July 1, 2017 | $1,385.12 | $244.43 |

29.02 Retiree Medical:  The Company will provide access to Pre 65 coverage Post Retirement Medical coverage (IP Core Medical Plans).  Employees will be responsible for the full cost of the non-blended retiree rate.  Eligibility for Plan membership is contained in the Plan provisions outlined in the applicable SPD.

29.03 Basic Life:  The Company will provide a life insurance plan at no cost to the employee.  This

plan is described in the summary plan description entitled "Life Insurance Plans."  Eligibility for Plan membership is contained in the Plan provisions outlined in the applicable SPD.

For employees hired before August 1, 2010, the benefit amount (one times the annual base pay rounded to the next whole dollar) is frozen at the amount effective on August 1, 2010.  Employees will receive the grandfathered amount or $25,000, whichever is greater.

For employees hired on or after August 1, 2010, the benefit amount is $25,000.

In addition to the company paid Basic Life amount, the union trust offers a $10,000 benefit.

29.04 Basic AD&D:  The Company will provide an accidental death and dismemberment insurance plan at no cost to the employee.  This plan is described in the summary plan description entitled "Life Insurance Plans."  Eligibility for Plan membership is contained in the Plan provisions outlined in the applicable SPD.

The current benefit amount is $25,000.


29.05 Survivor Benefit:  In the event of an active employee's death, the company will provide a death benefit equal to the employee's permanent rate times 173.33 paid to the basic life beneficiary.  In addition, the Company will provide a voluntary benefit which offers financial counseling to the surviving spouse and/or surviving children.

29.06 Business Travel:  The Company will provide a Travel and Accident insurance coverage during company business trips at no cost to the employee.  This plan is described in the summary plan description entitled "Life Insurance Plans".   Eligibility for plan membership is contained in the plan provisions outlined in the applicable SPD.

29.07 Post Retirement Life: The current post retirement Life coverage of $6,000 for employees 55 years of age or older, who retire under the pension plan will continue to be available to employees hired before August 1, 2010.  Employees hired on or after August 1, 2010 will not be eligible for post retirement life.  This benefit is described in the summary plan description entitled "Life Insurance Plans."

NOTE:  Employees eligible to retire on date of sale will receive benefit from Weyerhaeuser.  Employees who become eligible after date of sale will receive negotiated benefit from International Paper.

29.08 Sickness and Accident:  In addition to a State Mandated benefit, the Company will provide a sickness and accident plan.  This plan is described in the summary plan description entitled "Sickness and Accident Plan."  Eligibility for plan membership is contained in the Plan provisions outlined in the applicable SPD.

For employees hired before August 1, 2010, the benefit amount is equal to 66% of the permanent rate times 40 hours: based on 7 day work week.

For employees hired on or after August 1, 2010, the benefit amount is equal to 50% of the permanent rate times 40 hours; based on 7 day work week.


29.09 Optional Coverage(s):  Both company and non-company sponsored insurance programs may be made available to employees from time to time.  Employees will be responsible for the full cost of any elected coverage.

**SECTION 30**
**PENSION**

30.01 <u>Pension Plan</u>:  The location participates in the International Paper Hourly Retirement Plan subject to the terms and conditions contained in the plan.  Eligibility for plan membership is contained in the plan provisions outlined in the applicable summary plan description (SPD).

30.02 <u>Benefit Multiplier</u>:  The current benefit multiplier at normal retirement is thirty nine ($39) dollars per month for all year of credited service.

**SECTION 31**
**SAVINGS PLAN 401 (k)**

31.01 <u>Savings Plan</u>:  The location participates in the International Paper Hourly Savings Plan subject to the terms and conditions contained in the Plan.  The savings plan is described in the summary plan description entitled "Hourly Savings Plan."  Eligibility for plan membership is contained in the plan provisions outlined in the applicable SPD.

31.02 <u>Company Match</u>:  The current Company Match is as follows:

- For all employees hired before August 1, 2010 50% on up to 5% of employee contributions.

- For employees hired or rehired on or after August 1, 2010 50% on up to 4% percent of employee contributions.

- Effective January 1, 2018, the company match will increase to 50% on up to 6% of employee contributions for all employees.

31.03 <u>Indexing Language</u>:  All plan provisions are indexed to the core Company plan, with the exception of Company Match

## SECTION 32
## NON-DISCRIMINATION

32.01:  The Company agrees that it will not:

1. Fail or refuse to hire or discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions or privileges of employment, because of such individual's race, color, religion, age, sex or national origin; or

2. Limit, segregate, or classify its Employees in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an Employee, because of such individual's race, color, religion, age, sex or national origin.

32.02:  The International Union and the respective local unions, parties hereto, together with the members of such local unions, agree that they will not:

1. Exclude or expel from membership, or otherwise discriminate against, any individual because of his race, color, religion, age, sex or national origin; or

2. Limit, segregate, or classify its membership, or classify or fail to refuse to refer for employment any individual, in any way which would deprive or tend to deprive any individual of employment opportunities or otherwise adversely affect his status as an Employee or as an applicant for employment, because of such individual's race, color, religion, age, sex or national origin; or

3. Cause or attempt to cause the Company to discriminate against any individual in violation of this section.

32.03:  Any Grievance alleging discrimination will be limited to the first three (3) Steps of the Grievance Procedure.

32.04:  The parties recognize that in complying with this Article they are subject to the specific provisions and exemptions of Title VII of the Civil Rights Act of 1964 or the Age Discrimination in Employment Act of 1967 as well as the specific statutes of the various states and pertinent Executive Orders issued by the President of the United States.

32.05:  Nothing herein will prevent International Paper Company from fulfilling our obligations under the Americans with Disabilities Act.

## SECTION 33
## MILITARY SUMMER CAMP

33.01:  Upon request of a regular Employee, who has served a two (2) week summer camp military requirement, the difference in pay received from the government for such service and the straight time hourly rate of pay he would have earned during such two (2) week absence will be paid. Proof of amount of military pay received may be required by the Company before this payment is made.

## SECTION 34
## BINDING AGREEMENT

34.01:  Whenever an agreement is reached between the Company and the Union relative to the subject matter of this Agreement, such agreement shall be final and binding on all parties.

## SECTION 35
## SEVERANCE PAY

35.01:  The Company recognizes the right of the Union to discuss severance pay in the case of permanent plant closing for economic reasons and not for reasons such as labor disputes, Acts of God, War, etc.

## SECTION 36
## PLANT FACILITIES

36.01:  The Company will provide an area large enough to accommodate a cot at each plant.

36.02:  The Company shall subsidize safety shoes and prescription safety glasses on a local plant basis, except that the Company shall make available no less than $100 per year for each employee's safety shoes.  In the event an employee does not make use of the available $100, the unused portion of that allowance will roll over and be added to the subsequent year's available amount. The total safety shoe allowance in any one year cannot exceed $200.

## SECTION 37
## WORKING FOREMEN

37.01:  Working Foremen have the responsibilities of doing work and providing supervision but without the right to hire or fire.

## SECTION 38
## SAVINGS CLAUSE

38.01:  If any provisions of this Agreement are in contravention of the laws or regulations of the United States or of the State in which the member plant is covered by this Agreement is located, such provision shall be superseded by the appropriate provisions of such law or regulations so long as same is in force and effect but all other provisions of the Agreement shall continue in full force and effect. If the parties are unable to agree as to whether or not any provision hereof is in

contravention of any such laws or regulations, the provisions hereof involved shall remain in effect until the disputed matter is settled by the court or other authority having jurisdiction in the matter.

**SECTION 39**
**DURATION OF AGREEMENT**

39.01:  This Agreement, including  Exhibit  A and all addenda  shall  be in force  and remain  in effect from June 16, 2015 through June 15, 2019, and shall be considered self-renewing for yearly periods thereafter unless notice is filed by either party with the other in writing of a desire  to change or alter the Agreement, at least sixty (60) days prior to June 16, 2019 If either party serves notice, both parties may suggest changes and either party hereto may terminate this Agreement after June 15, 2019 upon thirty (30) days written notice served by certified mail upon the other, of the desire to terminate.

FOR THE COMPANY:                          FOR THE UNION:

_____          _____


_____          _____
DATE                                      DATE

19

**EXHIBIT A**

**PART 1**
**GENERAL PROVISIONS**

P01.01: **REDUCTION IN RATE** - No individual Employee shall have his hourly rate reduced by the application of this Agreement and the Union agrees that it will not object to the payment of any additional compensation over and above the minimum hourly rates herein provided.

P01.02: **PAST PRACTICE** - Where the Company's past practice has resulted in more pay and is more liberal than the provisions of Parts 2-3-4 and 5 of this Exhibit, such practice will not be discontinued under the terms of this Agreement.

**PART 2**
**OVERTIME**

P02.01: Overtime at the rate of time and one half (1 ½ x) will be paid on the following basis:

1. For all work in excess of eight (8) hours in any one day.

2. For all work in excess of forty (40) hours in any one week. Hours missed from the regular schedule for union business, or for such paid time off as funeral leave, floating holidays, etc., shall be considered as time worked for the purposes of determining weekly or daily overtime. Time missed as a result of a Company decision shall be considered scheduled hours in this determination.

3. For all work performed before the starting time listed in 4.1, 4.2 and 4.3 and after the end of the shift's listed in part 4.1, 4.2 and 4.3.

P02.02: Any Employee who has completed his regular shift during the day, punched out, and then is called at home to return to work, shall be furnished two (2) hours work.

P02.03: In the payment of overtime on the basis provided above, not more than one (1) basis shall be used to cover the same hours, but the basis which results in the payment of the largest amount of overtime for the week shall be used. In the computation of overtime, the work week shall begin with the beginning of the first (1st) shift after 12:01 a.m. on Monday.

P02.04: An Employee granted time off for official Union Business, reimbursed by the Union for time missed from work, shall have the hours missed count as time worked for purposes of weekly overtime (the 40 hour requirement).

**PART 3**
**PAY FOR HOLIDAYS**

P03.01: **AMOUNT OF PAY WHEN NOT WORKED AND ELIGIBILITY -** All probationary

20

Employees who have completed ninety (90) days service and all regular Employees as defined in Paragraph 16.01, who have worked during the two weeks preceding or following the holiday, shall be paid for the holidays * listed in Section 11 of The Agreement at eight (8) times their regular straight time hourly rate of pay including the appropriate shift differential for the shift they would have worked, although no work is performed; provided that such Employees work or are available for work the next regular scheduled working day next preceding and next following said holiday, and provided further there shall be no deduction if absence is due to the express permission of the Company, industrial injury or to a bona fide illness.

P03.02: When a holiday falls within the vacation period it shall be paid for in addition to the vacation pay.

P03.03:  **LOSS OF ELIGIBILITY** - An Employee called to work on the holidays listed in Section 11 of this Agreement and who fails to work or refuses to work shall not be paid for the holiday unless absence is due to a bona fide illness. The Company shall give reasonable advance notice to Employees if they are scheduled to work on any listed holidays.

Employees hired on or after August 29, 1983, will not be provided any individually scheduled floating holiday during the first (1st) year of employment.

P03.04:   The following rules apply to the administration of the Personal Floating Holiday:

1.  The Employee must notify the Company forty- eight (48) hours prior to the day requested.

2.   The employee will be granted the choice, operating requirements permitting.

P03.05:   The following rules apply to the administration of the Floating Holidays:

1.  Prior to June 1, of each year, the Company may declare its intention to schedule either or both of these holidays on a plant-wide basis. Absence of notice by June 1, will mean individually observed holidays;

2.  The Union shall have the opportunity to consult with management on the selection of dates for the holidays; and

3.  The Company shall post notice of the holidays to be observed on a plant-wide basis no later than June 30, of each year, or by mutual written agreement the  Company's decision on the date(s) selected may be deferred.

**PART 4**
**NIGHT SHIFT DIFFERENTIAL**

P04.01:   The first or "day" shift shall start between 7:00 a.m. and 8:00 a.m.

P04.02:    The second or "swing" shift shall start between 3:00 p.m. and 4:00 p.m.

P04.03:    The third or "graveyard" shift shall start between 11:00 p.m. and 12:00 a.m.

P04.04:    During periods when it has been agreed to work shifts of less than eight (8) hours, as provided for in Paragraph 16.04, the starting times shown in P04.02 and P04.03 shall be correspondingly adjusted.

P04.05:    The starting time of the various shifts shall not be changed except upon one (1) week's written notice or by mutual consent of the parties to this Agreement. It is understood that this Employees shall not be construed as permitting staggered shifts.

P04.06:    For all work performed on second shift, a bonus of $.24 cents per hour above the day rate shall be paid; and for all work performed on the third shift, a bonus $.34 cents per hour above the day rate shall be paid.

P04.07:    An employee whose work day overlaps two (2) shifts shall be paid for all of his working time at the rate of the shift in which the major portion of his time is worked during the particular day.

## PART 5
## VACATIONS

P05.01:  **ELIGIBILITY -** After one (1) year of service with the Company, one (1) week of vacation with pay shall be given. In order to qualify for a vacation with pay, the Employee must have been on the payroll for one (1) year and worked a minimum of 1500 hours during the year.

P05.02:    After two (2) years of service with the Company, two (2) weeks of vacation with pay shall be given, providing the employee has worked a minimum of 1250 hours during the preceding year.

P05.03:  Effective on the Employee's anniversary date, an Employee with seven (7) or more  years of service with the Company will be given three (3) weeks of vacation with pay providing the Employee has worked a minimum of 1250 hours during the preceding year.

P05.04:    Effective on the Employee's anniversary date, an Employee with twelve (12) or more years of service with the Company will be given four (4) weeks of vacation with pay, providing the Employee has worked a minimum of 1250 hours during the preceding year.

P05.05:    Effective on the Employee's anniversary date, an Employee with twenty (20) or more years of service with the Company will be given five (5) weeks of vacation with pay, providing the employee has worked a minimum of 1250 hours during the preceding year.

P05.06:   Effective on the Employee's anniversary date, an Employee with twenty-five (25) or more years of service with the Company will be given six (6) weeks of vacation with pay, providing the employee has worked a minimum of 1250 hours during the preceding year.

P05.07:  Time lost as a result of an accident suffered during the course of employment, as recognized by the Worker's Compensation Board shall be added to time worked during the vacation year to qualify under the provisions of this Section. Up to 520 hours of time lost as a result of non-occupational injury or illness shall be added to time worked during the vacation year to qualify under the provisions of this Section for those Employees with two (2) or more years of service.

P05.08:   **AMOUNT OF PAY** - The amount of vacation pay will be fifty (50) times the Employee's regular straight time rate of pay for each week of vacation eligibility. The amount of vacation pay will be forty-seven (47) times the Employee's regular straight time rate of pay for each week of vacation eligibility for Employees hired after October 08, 1989.

P05.09:   Employees who qualify for three (3) or more weeks of vacation will, at their option, be entitled to take pay in lieu of time off for the third (3rd), fourth (4th) , fifth (5th) and/or sixth (6th) weeks of vacation.

P05.10:  The Company shall pay Employees their pay for their vacation in the normal pay cycle where it occurs.

P05.11:  If an employee has worked in a higher paying classification for thirty (30) days or more immediately preceding a scheduled vacation period, vacation will be calculated using the rate of the higher classification.

P05.12:  **DATE OF VACATION** - Vacations shall, wherever possible, be granted at times most desirable to the Employee, and in accordance with his seniority whenever practical, but the final right of allotment of the vacation period is reserved to the Company in order to ensure efficient plant operation. The vacation period must be designated within twelve (12) months after the Employee's eligibility is established. It is the intent of the parties to this Agreement that Employees shall take their vacation and not draw pay in lieu thereof except as provided in Paragraph 5.9 above. Employees may elect to take their second week of vacation on a day-at-a- time basis upon 48 hours notice and subject to vacation scheduling restrictions. The Company may require Employees to utilize vacation for uncompensated FMLA leave.

P05.13 :  **PRO-RATA VACATION ALLOWANCE** - Any Employee (after one (1) year of service with the Company) other than one discharged for cause, who is laid off or who quits with one (1) week's notice* shall receive as an advance on his vacation pay a pro-rata amount equal to his base hourly rate times four per cent (4%) of his hours worked during the second (2nd) or any subsequent anniversary year of employment.

P05.14:  An eligible Employee shall receive as an advance on his vacation pay a pro-rata

20

amount equal to his base hourly rate times six per cent (6%) of his hours worked during his sixth (6th) or any subsequent anniversary year of employment.

P05.15:  An eligible Employee shall receive as an advance on his vacation pay a pro-rata amount equal to his base hourly rate times eight per cent (8%) of his hours worked during the eleventh (11th) or any subsequent anniversary year of employment.

P05.16:  An eligible Employee shall receive as an advance on his vacation pay a pro-rata amount equal to his base hourly rate times ten per cent (10%) of his hours worked during the nineteenth (19th) or any subsequent anniversary year of employment.

P05.17:  An eligible Employee shall receive as an advance  on his vacation  pay a pro-rata amount equal to his base hourly rate times twelve per cent (12%) of his hours worked during the twenty-fourth (24th) or any subsequent anniversary year of employment.

P05.18:  In no event, however, shall the total pro-rata vacation pay exceed the amount the Employee would have received under P05.08 above.

21

# PART 6
## WAGE RATES

P06.01:  Probationary Employees assigned to perform duties in wage classifications paid higher than the General Labor rate will receive the higher rate for each upgrade as it occurs, commencing only with the start of the second (2nd) work week of such assignment, provided the Employee works in the same classification for five (5) or more paid workdays in the immediate prior work week.

| JOB CLASSIFICATION | | | | |
|---|---|---|---|---|
| **Corrugator** | **6-15-2015** | **6-15-2016** | **6-15-2017** | **6-15-2018** |
| Corrugator Operator | 23.76 | 24.23 | 24.72 | 25.21 |
| Knife Operator | 23.76 | 24.23 | 24.72 | 25.21 |
| Double Backer Operator | 21.01 | 21.43 | 21.86 | 22.30 |
| Corrugator Stacker | 20.01 | 20.41 | 20.82 | 21.24 |
| Die Mounter | 22.46 | 22.91 | 23.37 | 23.84 |
| | | | | |
| Die Cutter Operator | 23.76 | 24.23 | 24.72 | 25.21 |
| Die Cutter Assistant Operator | 20.92 | 21.34 | 21.77 | 22.20 |
| Die Cutter Offbearer | 19.62 | 20.02 | 20.42 | 20.83 |
| Roll Clamp Trucker | 21.85 | 22.29 | 22.73 | 23.19 |
| Lift Truck | 21.55 | 21.98 | 22.42 | 22.87 |
| Shipping Clerk | 22.05 | 22.49 | 22.94 | 23.40 |
| | | | | |
| Slitter Operator | 20.49 | 20.90 | 21.32 | 21.75 |
| Bundler - Offbearer | 19.61 | 20.01 | 20.41 | 20.82 |
| | | | | |
| FFG Operator | 23.76 | 24.23 | 24.72 | 25.21 |
| FFG Assistant Operator | 20.92 | 21.34 | 21.77 | 22.20 |
| FFG Offbearer | 19.61 | 20.01 | 20.41 | 20.82 |
| Auto Strapping Operator | 21.85 | 22.29 | 22.74 | 23.19 |
| Starch | 20.01 | 20.41 | 20.82 | 21.24 |
| Hogger - Baler | 20.49 | 20.90 | 21.32 | 21.75 |
| | | | | |
| Involuntary | 19.13 | 19.51 | 19.90 | 20.30 |
| **General Labor** | 17.97 | 18.33 | 18.70 | 19.07 |
| 2nd 90 Days | 15.71 | 16.02 | 16.34 | 16.07 |
| 1st 90 Days | 15.15 | 15.45 | 15.76 | 16.67 |

Employees that are bumped into the General Labor involuntarily (as a result of layoff) will be placed in the General Labor (involuntary) labor rate indefinitely. New employees who are not hired into a vacancy within a classified position at a higher rate of pay shall be placed in the General Labor classification.

22

| | | | | |
|---|---|---|---|---|
| Working Foreman | 24.49 | 24.98 | 25.48 | 25.99 |

Maintenance Working Foreman (+25 cents/hour above Maintenance Mechanic)

## ADVANCEMENT FOR EMPLOYEES UNDER PROVISION TRAINING MAINTENANCE

Employees advancing to those jobs on the wage scale below shall serve the indicated time and be paid the base rate per hour indicated during each tine interval.

| JOB CLASSIFICATION | 6-15-2015 | 6-15-2016 | 6-15-2017 | 6-15-2018 |
|---|---|---|---|---|
| Maintenance "E" | 31.93 | 32.56 | 33.22 | 33.88 |
| Maintenance Mechanic | 26.84 | 27.37 | 27.92 | 28.48 |
| 4th Year | 23.94 | 24.42 | 24.91 | 25.40 |
| 3rd Year | 22.53 | 22.98 | 23.44 | 23.91 |
| 2nd Year | 21.92 | 22.36 | 22.81 | 23.26 |
| 1st Year | 21.34 | 21.77 | 22.20 | 22.64 |
| Maintenance Helper | 20.85 | 21.26 | 21.69 | 22.12 |

It is the intent of both the Company and the Union that Employees in progression shall during the progression period, receive as much experience in their trade as it is practical for the Company to give them without making extra work. To this end there shall be no restrictions on  the maintenance work assignments.

If an Employee in progression does not make satisfactory progress during his progression period, he may be dismissed or transferred to other work commensurate with his seniority and ability. Such dismissal, if considered unjustified by the Union, shall be subject to the normal provisions of the grievance procedure.

It is the intent of the parties that Employees in progression shall work during the entire progression period and, if such period is unduly affected by absence from work, compensating charges may be made in the progression period.

It is the desire of both parties to move helpers into progression to provide for vacancies as they may occur in the ranks of Maintenance Mechanics, but the Company is not precluded from hiring Maintenance Mechanics from the outside.

*Maintenance "E"
The company agrees to apply the Maintenance "E" procedures and practices utilized in the legacy plants to those covered by this Agreement.

23

**LETTER OF UNDERSTANDING**
Re: General Labor


During the collective bargaining in 2004 that culminated in the Labor Agreement commencing that year, the parties agreed to certain changes regarding entry-level positions, intending to bring some uniformity in terminology among the plants involved. In the discussion, the parties agreed that:

1. The term "General Labor" would be used to describe the lowest paid, entry level position in the plant.

2. Unlike job classifications that are entry level for line-of-progression, General Labor is not in any line-of-progression, nor does assignment to it constitute a promotion; therefore, vacancies in the General Labor classification are not posted for bid.

3. The existence of the General Labor job classification in the Labor Agreement imposes no obligation on management to fill the position, and nothing prevents management from hiring new employees into vacancies in higher paid classifications that are not filled through the job bidding process.

4. Employees classified as General Labor may be assigned to any unskilled duties throughout the plant as historically practiced; however management will not utilize employees classified as General Labor to perform the work of other job classifications on a permanent basis, thereby avoiding to fill those higher paid job classifications.

5. Employees initially classified as General Labor are encouraged to avail themselves of opportunities to advance to other positions.

**MEMORANDUM OF AGREEMENT**

**Summer Help:**

The use of temporary summer help for the months of May through September each year will be under the following conditions:

1.    The Union has waived the initiation fee;

2.    After thirty (30) calendar days, the Union dues are payable;

3.    The Company shall not be required to make Health and Welfare and Pension contributions on temporary summer help;

4.    Temporary summer help shall have no seniority;

5.    Hourly rates of pay shall be in accordance with those specified in the Labor Agreement;

6.    Temporary summer help shall be terminated no later than September 30;

7.    Should the Company wish to retain any summer hire after the end of the summer season (September 30), such employee shall have their Seniority Date adjusted retroactively to their date of hire.

8.    When hiring Summer Help the Plant will consider San Leandro Box Plant Employees that may be on layoff.

25

**Lock-out Tag-out Policy**

Employee safety is the top priority at International Paper. The company is responsible for providing a safe work place for our employees; however, every employee has a responsibility to work safely and be involved in our safety program. International Paper will not tolerate, nor ignore any act or behavior that places an employee or others at risk of injury. The goal of this disciplinary procedure shall be to influence positive change in an employee's conduct before the occurrence of an injury. This procedure will provide each plant with a single platform for implementing a site-specific EHS accountability program. The key aspect addressed in this program element is zero energy state (ZES) [lock out tag out].

Under most circumstances, CTA will use the progressive discipline path in pursuit of correcting an employee's failure(s) to fulfill their health and safety responsibilities. This discipline will be applied in a manner that is consistent with the facility's employee relations practices and in a manner that will convey a sense of responsibility to the employee to correct their actions to avoid further discipline.

Progressive discipline approach would apply to acts of oversight or omission that erode the procedural aspects of the program, yet do not result in the potential for serious injury. In these instances, the appropriate action may result in written warnings to file and may include, but not be limited to failures such as:

- Leaving your lock on a energy isolation device and going home
- Leaving your key in a lock placed on a energy disconnect for your protection
- Using your lockout lock for purposes other than lockout
- Using an unapproved lock for lockout
- Using a lock to lockout a piece of equipment without your name on it or without a tag

Where lockout violations occur that go beyond procedural program aspects and the potential for serious injury exists, employee suspension is warranted.  This suspension should be for a period of 5 working days. A **second** lockout violation of this nature within a 24-month period shall result in termination.

However, in those instances where a blatant violation* was committed, the employee has been trained in applicable lockout procedures, and puts herself/himself, or her/his co-workers at risk of serious injury, it may be appropriate to immediately terminate the employee without applying the prior steps of a progressive discipline process.

The following actions will not be considered ZES violations per this procedure. These actions include but may not be limited to:

- Placing one's hands on a barrier guard (by definition a barrier guard is removed a safe distance from any potential hazard);

26

- Simply crossing the plain of a barrier guard or equivalent but not coming in contact with or proximity to operating equipment (e.g., having one's hand extend over the plane of an equipment boundary while pointing or performing other similar activities);

- Any task performed under the signed and approved authorization of the standard exception process.

For those violations that are in question regarding the extent of disciplinary action, site management must gather all pertinent facts and appropriate personnel from Human Resources, Manufacturing, and EHS, to make a determination regarding appropriate disciplinary action. The factors taken into account to reach the discipline conclusion will be kept on file by Business HR.

*a blatant or deliberate violation is one which was not just an oversight or omission, but a violation made with knowledge, intent and disregard for the rule