# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**INTERNATIONAL PAPER COMPANY ,**

V.                         **SUMMONS IN A CIVIL CASE**

**TEAMSTERS DISTRICT COUNCIL 2, LOCAL 388M ,**

CASE NO:  **2:17–CV–01606–TLN–CKD**

TO:  **Teamsters District Council 2, Local 388M**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Stefan Hocker Black**
**Ford & Harrison LLP**
**350 S. Grand Ave., Suite 2300**
**Los Angeles, CA 90071**

an answer to the complaint which is served on you with this summons, within **21** days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**MARIANNE MATHERLY**

CLERK

**/s/  H. Kaminski**



(By) DEPUTY CLERK

**ISSUED ON 2017–08–03 08:48:50.0**, Clerk
USDC EDCA

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted:_____

_____

_____

☐ Other (specify) :_____

_____

_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on        _____        _____
                              Date                              *Signature of Server*

                                               _____
                                               *Address of Server*