# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY,<br><br>    Petitioner/Counter-Respondent,<br><br>vs.<br><br>TEAMSTERS DISTRICT COUNCIL 2, LOCAL 388M,<br><br>    Respondent/Counter-Petitioner. | CASE NO.: 2:17-cv-1606-TLN-CKD<br><br>**ORDER GRANTING CONTINUANCE OF MOTION TO VACATE ARBITRATION AWARD HEARING**<br><br>Judge:        Hon. Troy L. Nunley<br>Magistrate:  Hon. Carolyn K. Delaney |

Pursuant to the Parties stipulation, good cause appearing therein, **IT IS HEREBY ORDERED THAT:**

1. Petitioner/Counter-Respondent International Paper Company's Motion to Vacate the Arbitration Award is continued from November 16, 2017 to February 08, 2018.

2. Briefing will proceed according to Code.

**IT IS SO ORDERED**.

Dated: October 3, 2017

_____
Troy L. Nunley
United States District Judge

2:17-cv-1606-TLN-CKD
ORDER CONTINUING MOTION TO VACATE ARBITRATION AWARD HEARING