Dennis J. Hayes, Esq. (SBN 123576)
Tracy J. Jones, Esq. (SBN 263632)
**HAYES & ORTEGA, LLP**
3625 Ruffin Road, Suite 300
San Diego, California 92123
Telephone: (619) 297-6900
djh@sdlaborlaw.com
tjj@sdlaborlaw.com

Attorneys for Respondent/Counter-Petitioner
Teamsters District Council 2, Local 388M

Stefan H. Black, Esq. (SBN 284499)
**FordHarrison, LLP**
350 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
sblack@fordharrison.com

Attorneys for Petitioner / Counter-Respondent
International Paper Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY,<br><br>　　　　Petitioner/Counter-Respondent,<br><br>vs.<br><br>TEAMSTERS DISTRICT COUNCIL 2, LOCAL 388M,<br><br>　　　　Respondent/Counter-Petitioner. | CASE NO.: 2:17-cv-1606-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION TO VACATE ARBITRATION AWARD HEARING**<br><br>Judge:　　Hon. Troy L. Nunley<br>Magistrate:　Hon. Carolyn K. Delaney |

Respondent/Counter-Petitioner Teamsters District Council 2, Local 388M ("Local 388M") and Petitioner/Counter-Respondent International Paper Company ("IPC"), by and through their attorneys of record, stipulate to the following:

1. IPC's motion to vacate the arbitration award is scheduled to be heard by this Court on February 8, 2018 at 8:30 a.m. Therefore, IPC must file its memorandum in support of its motion by January 11, 2018.

2. The Parties have engaged in extensive settlement discussions and have reached agreement in principle on several key points. However, the holidays made it difficult to resolve the few issues that remain outstanding. The Parties are optimistic that a 30-day continuance will allow them to reach an agreement that would resolve the underlying dispute in its entirety.

3. Pursuant to Local Rule 230(f), the Parties stipulate to a 30-day continuance of the February 8, 2018 briefing schedule.

4. There is good cause to continue the hearing. A continuance will facilitate settlement, avoid unnecessary expenditure of client funds, and prevent devotion of Court resources to preparing for the hearing, which hopefully prove unnecessary.

IT IS SO STIPULATED.

| | |
|---|---|
| **HAYES & ORTEGA, LLP** | **FORD & HARRISON LLP** |
| By: By: /s/ *Tracy J. Jones*<br>     Dennis J. Hayes<br>     Tracy J. Jones | By: /s/ *Stefan H. Black*<br>     Stephen R. Lueke<br>     Stefan H. Black |
| Attorneys for Respondent/Counter-Petitioner Teamsters District Council 2, Local 388M | Attorneys for Petitioner/Counter-Respondent International Paper Company |

# **ORDER**

After review of the foregoing Stipulation, good cause appearing, **IT IS HERBY ORDERED THAT:**

1. Petitioner/Counter Respondent International Paper Company's Motion to Vacate the Arbitration Award is continued from February 8, 2018 to March 8, 2018.

2. Briefing will proceed according to Code.

**IT IS SO ORDERED**.

Dated: January 3, 2018

_____
Troy L. Nunley
United States District Judge