Dennis J. Hayes, Esq. (SBN 123576)
Tracy J. Jones, Esq. (SBN 263632)
Bradley S. Beherns, Esq. (SBN 276651)
**HAYES, ORTEGA & SANCHEZ, LLP**
3625 Ruffin Road, Suite 300
San Diego, California 92123
Telephone: (619) 297-6900
djh@sdlaborlaw.com
tjj@sdlaborlaw.com
bsb@sdlaborlaw.com

Attorneys for Respondent/Counter-Petitioner
Teamsters District Council 2, Local 388M

Stephen R. Lueke, Esq. (SBN 115906)
Stefan H. Black, Esq. (SBN 284499)
**FordHarrison, LLP**
350 S. Grand Ave., Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401
slueke@fordharrison.com
sblack@fordharrison.com

Attorneys for Petitioner / Counter-Respondent
International Paper Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY,<br><br> Petitioner/Counter-Respondent,<br><br>vs.<br><br>TEAMSTERS DISTRICT COUNCIL 2, LOCAL 388M,<br><br> Respondent/Counter-Petitioner. | CASE NO.: 2:17-cv-1606-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MOTION TO VACATE ARBITRATION AWARD HEARING**<br><br>Judge:  Hon. Troy L. Nunley<br>Magistrate: Hon. Carolyn K. Delaney |

Respondent/Counter-Petitioner Teamsters District Council 2, Local 388M ("Local 388M") and Petitioner/Counter-Respondent International Paper Company ("IPC"), by and through their attorneys of record, stipulate to the following:

1. IPC's motion to vacate the arbitration award is scheduled to be heard by this Court on March 8, 2018 at 8:30 a.m.

2. Although it appeared that the Parties had reached an impasse regarding settlement, circumstances have changed such that the parties believe that further settlement communications would be worthwhile.

3. The Parties have agreed to meet in person on March 8, 2018 to resolve the dispute. Counsel for both Parties and representatives from each Party with authority to enter into an agreement will be present at the meeting.

4. Pursuant to Local Rule 230(f), the Parties stipulate to a 45-day continuance of the March 8, 2018 hearing and the related briefing schedule.

5. There is good cause to continue the hearing. A continuance will facilitate settlement, avoid unnecessary expenditure of client funds, and prevent devotion of Court resources to preparing for the hearing, which hopefully prove unnecessary.

IT IS SO STIPULATED.

Dated: February 21, 2018

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| **HAYES & ORTEGA, LLP** | **FORD & HARRISON LLP** |
| By: /s/ *Bradley S. Beherns*_____ <br>    Dennis J. Hayes <br>    Tracy J. Jones <br>    Bradley S. Beherns <br><br> Attorneys for Respondent/Counter-Petitioner Teamsters District Council 2, Local 388M | By: /s/ *Stefan H. Black*_____ <br>    Stephen R. Lueke <br>    Stefan H. Black <br><br> Attorneys for Petitioner/Counter-Respondent International Paper Company |

# ORDER

After review of the foregoing Stipulation, good cause appearing, **IT IS HERBY ORDERED THAT:**

1. Petitioner/Counter Respondent International Paper Company's Motion to Vacate the Arbitration Award is continued from March 8, 2018 to May 3, 2018 at 2:00 p.m.

2. Briefing will proceed according to Code.

**IT IS SO ORDERED**.

Dated: February 26, 2018

_____
Troy L. Nunley
United States District Judge