UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL PAPER COMPANY,<br><br>  Petitioner,<br><br>v.<br><br>TEAMSTERS DISTRICT COUNCIL 2, LOCAL 388M,<br><br>  Respondent. | Case No. 2:17-cv-01606-TLN-CKD<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

## ORDER

After review of the foregoing Stipulation, good cause appearing, **IT IS HERBY ORDERED THAT:**

1. The above-captioned matter is dismissed in its entirety. IN particular:
    a. Petitioner/Counter Respondent International Paper Company's Motion to Vacate the Arbitration Award is DISMISSED with prejudice as settled; and
    b. Respondent / Counter-Petitioner Teamsters District Council 2, Local 388M's Cross-Petition to Enforce the Arbitration Award is DISMISSED with prejudice as settled.
2. Each party shall bear its own costs and fees.

**IT IS SO ORDERED**.

Dated: June 19, 2018

_____
Troy L. Nunley
United States District Judge